

NUMBER 13-13-00233-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

BISNER & CHASE, L.L.P.
A/K/A BISNER/CHASE
PERSONAL INJURY LAWYERS,
L.L.P., JOHN BISNAR AND
BRIAN D. CHASE,                                                          Appellants,

v.

RAMON GARCIA AND THE LAW
OFFICE OF RAMON GARCIA,
P.C. AND CATHERINE W. SMITH,                                             Appellees.

On appeal from the 139th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

Before Chief Justice Valdez, Justices Benavides, and Longoria
Memorandum Opinion Per Curiam

Bisnar & Chase, L.L.P., John Bisnar, and Brian D. Chase ("Bisnar & Chase") perfected this interlocutory appeal of the trial court's order denying their special appearance in a case brought by Ramon Garcia and the Law Office of Ramon Garcia ("Ramon Garcia") involving breach of contract and other claims. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(7) (West Supp. 2011). Bisnar & Chase have now filed an unopposed voluntary motion to dismiss requesting, pursuant to Rule 42.1(a)(1)(A) of the Texas Rules of Appellate Procedure, that this Court "dismiss their appeal, this case having been settled." *See* TEX. R. APP. P. 42.1(a)(1)(A). The Court, having considered the documents on file and Bisnar & Chase's unopposed motion to dismiss this appeal, is of the opinion that the motion should be granted. Accordingly, the motion is hereby GRANTED and the appeal is hereby DISMISSED. Costs will be taxed against Bisnar & Chase. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

It is so ORDERED.

PER CURIAM

Delivered and filed the
12th day of December, 2013.

2